IN THE UNITED STATES BANKRUTPCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

        Spock Bros, Inc.

Case Number: 04-19794
Chapter Number: 7

_____Debtor(s)_____ /

ORDER TO RELEASE UNCLAIMED FUNDS FROM COURT REGISTRY

It appearing that the check made payable to Miller Quarries, in the amount of $6,537.57 was not charged against the bank account of the debtor's estate within the 90-day limit pursuant to 11 U.S.C.§347 and an unclaimed money report was entered to close the account and transfer the monies into the registry of the Clerk, United States Bankruptcy Court, and

It further appearing that a Motion for the Release of Unclaimed Funds having been filed, said motion having been served on the US Attorney for the Eastern District of Pennsylvania and there being no objections filed, it is further appearing that Miller & Son Paving, Inc dba Miller Quarries now claims the above monies in the petition attached hereto,

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $6,537.57, to:

    Miller & Son Paving, Inc dba Miller Quarries
    C/o Dilks & Knopik, LLC
    PO Box 2728
    Issaquah, WA 98027-0125

Dated: _____

_____
United States Bankruptcy Judge

Application Submitted By:

Dated: August 22, 2009    Respectfully Submitted:  /s/ Jardanian Josephs
                                                                 Jardanian Josephs, Esquire
                                                                 Pa. I.D. 88667
                                                                 Seth Law Associates
                                                                 PO Box 22144
                                                                 Pittsburgh, PA 15222-0144
                                                                Ph: (412) 979-0552
                                                                Fax: (412) 281-6009